IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON MINNICK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 08-2120 |

**ORDER**

PETRESE B. TUCKER, J.,

AND NOW, this 9th day of Sept, 2009, upon careful and independent consideration, the record reveals that the record as a whole contains substantial evidence to support the A.L.J.'s findings of fact and conclusions of law. Therefore, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. JUDGMENT IS ENTERED AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY and the relief sought by Plaintiff is DENIED; and

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

_____
PETRESE B. TUCKER, J.